DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEARA BERRY,**
Appellant,

v.

**JOSHUA BERRY,**
Appellee.

No. 4D17-2619

[January 24, 2018]

Appeal of non-final orders from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. FMCE 17-05281.

Richard F. Hussey of Richard F. Hussey, P.A., Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.* To the extent that appellant petitions for a writ of prohibition, this Court takes judicial notice of Case No. 4D17-2669 and *sua sponte* dismisses the petition.

MAY, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***